**Rita F. FLORAY, Respondent,**

v.

**Jerell C. FLORAY, Appellant.**

**No. WD 46015.**

Missouri Court of Appeals,
Western District.

Nov. 24, 1992.

David A. McAllister, Brunswick, for appellant.

Gary E. Ravens, Marceline, for respondent.

Before FENNER, P.J., and TURNAGE and SPINDEN, JJ.

## ORDER

PER CURIAM:

Appeal from a judgment dividing marital property and awarding maintenance and child support in a dissolution of marriage action.

The judgment is affirmed. Rule 84.16(b)